IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Watson, Andre D

Printed: 10/29/08

Case Number:  08 B 10671
Judge:  Wedoff, Eugene R
Filed:  4/29/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 4, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 131.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 122.35 |
| Trustee Fee: | | 8.65 |
| Other Funds: | | 0.00 |
| Totals: | 131.00 | 131.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,424.00 | 122.35 |
| 2. | Portfolio Recovery Associates | Unsecured | 134.00 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 503.00 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 47.28 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 10.18 | 0.00 |
| 6. | City of Maywood | Unsecured | | No Claim Filed |
| 7. | Comcast | Unsecured | | No Claim Filed |
| 8. | Collection Company Of America | Unsecured | | No Claim Filed |
| 9. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 10. | Direct Tv | Unsecured | | No Claim Filed |
| 11. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 12. | I C Systems Inc | Unsecured | | No Claim Filed |
| 13. | IQ Tel | Unsecured | | No Claim Filed |
| 14. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 16. | Illinois Tollway | Unsecured | | No Claim Filed |
| 17. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 18. | SOS Telecom | Unsecured | | No Claim Filed |
| | | | $ 4,118.46 | $ 122.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 8.65 |
| | $ 8.65 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Watson, Andre D | Case Number:  08 B 10671 |
| | Judge:  Wedoff, Eugene R |
| Printed: 10/29/08 | Filed:  4/29/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

